IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH SHOEMAKER
ADC #0034323                                                                                        PLAINTIFF

v.                          No. 3:21-cv-100-DPM-JJV

TAMMY GLENN, Head Nurse,
Greene County Detention Center;
ALICIA HUBBLE, LT., Greene County
Detention Center;   DOES, Unknown
Jail Administrators and Medical Staff,
Greene County Detention Center;   and
GREENE COUNTY DETENTION CENTER                                    DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 11*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Shoemaker's motion for preliminary injunctive relief, *Doc. 5*, is denied.  The Court requests Magistrate Judge Volpe to consider *Doc. 5* as a proposed amended complaint and screen it.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2021