IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH SHOEMAKER
ADC #0034323                                                                           PLAINTIFF

v.                                    No. 3:21-cv-100-DPM

TAMMY GLENN, Head Nurse, Greene
County Detention Center; ALICIA
HUBBLE, Lieutenant, Greene County
Detention Center; DOES, Unknown Jail
Administrators and Medical Staff, Greene
County Detention Center; GREENE
COUNTY DETENTION CENTER;
BRENT COX; and STEVE FRANKS                                                        DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, Doc. 17. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Shoemaker's due process claims against Defendant Hubble go forward. The remaining claims in Shoemaker's amended complaint are dismissed without prejudice. Defendants Glenn, Does, Greene County Detention Center, Cox, and Franks are dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 October 2021