IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH SHOEMAKER                                                                                          PLAINTIFF
ADC #0034323

v.                                      3:21-cv-00100-DPM-JJV

TAMMY GLENN, Head Nurse,
Greene County Detention Center, *et al.*                                                     DEFENDANTS

**ORDER**

Service on Defendant Alicia Hubble at the Greene County Detention Facility and her last known private mailing address has been returned unexecuted. (Doc. Nos. 19, 22.) It is a *pro se* prisoner's responsibility to provide a valid service address for each defendant. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Because Defendant Hubble is the only remaining Defendant, this case cannot continue unless she is served. Thus, I will give Plaintiff sixty days to file a "Motion for Service" providing Defendant Alicia Hubble's service address. If Plaintiff fails to timely do so, I will recommend dismissal without prejudice due to a lack of service. *See* Fed. R. Civ. Pro. 4(m).

IT IS, THEREFORE, ORDERED that Plaintiff must file a Motion for Service containing Defendant Hubble's correct service address within **sixty (60) days of the entry of this Order.**

DATED this 7th day of December 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1