IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH SHOEMAKER                                                                                PLAINTIFF
ADC #0034323

v.                                         3:21-cv-00100-DPM-JJV

TAMMY GLENN, *et al.*                                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### DISPOSITION

Noah Shoemaker is a pretrial detainee at the Greene County Detention Facility. On August 31, 2021, he filed an Amended Complaint alleging Defendant Alicia Hubble violated his due process rights. (Doc. 15.) All other claims and Defendants have been dismissed without prejudice for failing to state a plausible claim for relief. (Doc. 18.)

The Court unsuccessfully attempted service on Defendant Hubble at the detention facility and her last known mailing address. (Docs. 19, 22.) Accordingly, on December 7, 2021, I explained to Plaintiff that it was his obligation to provide a valid service address for Defendant Hubble, gave him sixty days to do so, and cautioned him I would recommend dismissal if he failed

1

to provide that information or otherwise serve Defendant Hubble. (Doc. 23.) Plaintiff has not complied with my Order, and the time to do so has expired. Accordingly, I recommend his claims against Defendant Hubble be dismissed without prejudice due to a lack of service. *See* Fed. R. Civ. P. 4(m); *Lee v. Armontrout*, 991 F.2d. 487, 489 (8th Cir. 1993). Because Hubble is the only remaining Defendant, I also recommend the case be closed.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's claims against Defendant Hubble be DISMISSED without prejudice due to a lack of service, and this case be CLOSED.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from an Order and Judgment adopting this recommendation would not be taken in good faith.

DATED this 9th day of February 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE