IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NOAH SHOEMAKER**
**ADC #0034323**  PLAINTIFF

v.  No. 3:21-cv-100-DPM

**ALICIA HUBBLE, Lieutenant, Greene**
**County Detention Center**  DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 25*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Shoemaker's claims against Hubble will be dismissed without prejudice for a lack of service and this case will be closed. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 March 2022