## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**NOAH SHOEMAKER**
**ADC #0034323**                                                    **PLAINTIFF**

**v.**                          **No. 3:21-cv-100-DPM**

**TAMMY GLENN, Head Nurse, Greene**
**County Detention Center; ALICIA**
**HUBBLE, Lieutenant, Greene County**
**Detention Center; DOES, Unknown Jail**
**Administrators and Medical Staff, Greene**
**County Detention Center; GREENE**
**COUNTY DETENTION CENTER;**
**BRENT COX; and STEVE FRANKS**                  **DEFENDANTS**

### JUDGMENT

Shoemaker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_4 March 2022_